UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CLERK'S MINUTES

| CASE NO.: | 6:25-mj-2115-NWH | DATE: | October 9, 2025 |
|---|---|---|---|
| HONORABLE NATHAN W. HILL | | INTERPRETER: | N/A |
| UNITED STATES OF AMERICA<br><br>v.<br><br>JONATHAN RINDERKNECHT | | LANGUAGE: | N/A |
| | | GOVERNMENT COUNSEL:<br>Rachel Lyons/Chauncey Bratt | |
| | | DEFENSE COUNSEL:<br>Aziza Hawthorne | |
| COURT REPORTER: Heather Suarez:<br>heather@stenosuarez.com | | DEPUTY CLERK: | J. Reyes |
| TIME | 9:45 A.M.-10:49 A.M.<br>10:57 A.M.- 11:25 A.M. | TOTAL: 1 hr 32 minutes | PRETRIAL: | Juan Caberra |
| | | COURTROOM: | 4D |

**PROCEEDINGS: DETENTION HEARING**

Case called, appearances made, procedural setting by the Court.
Detention hearing held.
Government calls Thomas Harrison, Special Agent, witness placed under oath.
Government exhibit 1 & 2 identified. Exhibit 1 & 2 admitted. No objection from defense.
Cross examination.
Re-Direct.
Testimony concluded.
Proffer and argument by Government.
Defense exhibit 1 identified. Exhibit 1 admitted. No objection from government.
Defense Counsel makes arguments.
Government rebuttal.
Governments motion for Detention- granted
Court DENIES bond and defendant will remain in custody pending further proceedings- Order to be entered.