# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

USA,

        Plaintiffs,

v.

JONATHAN RINDERKNECHT,

        Defendants.

Case No. 6:25-MJ-2115-NWH

## EXHIBIT LIST

☐ Government  ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Court  ☐ Other:

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 1 | 10/9/2025 | 10/9/2025 | | 2021-2022 Pretrial Services Violations Summary Report |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |