**U.S. District Court**
**Middle District of Florida**

**DEFENDANT'S EXHIBIT**

Exhibit Number:
1

Case Number:
6:25-mj-2115-NWH
USA v. Jonathan
             Rinderknecht

Date Identified:
10/9/25

Date Admitted:
10/9/25

Table H-15.
U.S. District Courts ---- Pretrial Services Violations Summary Report
For the 12-Month Period Ending June 30, 2022

| Circuit and District | Total Cases Open | Cases In Release Status | Pct. | Cases with Violations | Pct. | Rearrest Violations ||| FTA Violations | Technical Violations | Reports to Court |
| | | | | | | Felony | Misde-meanor | Other | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL | 179,119 | 61,141 | 34.1 | 10,679 | 17.5 | 572 | 629 | 85 | 803 | 9,800 | 17,131 |
| 1ST | 6,628 | 2,652 | 40.0 | 359 | 13.5 | 25 | 30 | 0 | 15 | 320 | 549 |
| ME | 575 | 292 | 50.8 | 64 | 21.9 | 0 | 12 | 0 | 1 | 58 | 110 |
| MA | 1,782 | 895 | 50.2 | 118 | 13.2 | 16 | 10 | 0 | 9 | 94 | 171 |
| NH | 571 | 277 | 48.5 | 54 | 19.5 | 3 | 5 | 0 | 1 | 49 | 75 |
| RI | 497 | 230 | 46.3 | 42 | 18.3 | 6 | 2 | 0 | 1 | 40 | 64 |
| PR | 3,203 | 958 | 29.9 | 81 | 8.5 | 0 | 1 | 0 | 3 | 79 | 129 |
| 2ND | 11,686 | 5,632 | 48.2 | 826 | 14.7 | 64 | 82 | 10 | 97 | 704 | 1,327 |
| CT | 1,213 | 597 | 49.2 | 124 | 20.8 | 11 | 13 | 2 | 10 | 103 | 201 |
| NY,N | 1,064 | 398 | 37.4 | 70 | 17.6 | 2 | 2 | 0 | 35 | 66 | 119 |
| NY,E | 3,546 | 1,800 | 50.8 | 267 | 14.8 | 20 | 25 | 1 | 8 | 242 | 479 |
| NY,S | 4,125 | 1,983 | 48.1 | 188 | 9.5 | 19 | 35 | 6 | 33 | 134 | 261 |
| NY,W | 1,386 | 712 | 51.4 | 131 | 18.4 | 11 | 4 | 0 | 11 | 115 | 186 |
| VT | 352 | 142 | 40.3 | 46 | 32.4 | 1 | 3 | 1 | 0 | 44 | 81 |
| 3RD | 9,942 | 4,563 | 45.9 | 687 | 15.1 | 81 | 64 | 17 | 31 | 642 | 1,155 |
| DE | 271 | 81 | 29.9 | 4 | 4.9 | 0 | 1 | 0 | 0 | 2 | 4 |
| NJ | 3,911 | 2,035 | 52.0 | 194 | 9.5 | 37 | 21 | 1 | 9 | 185 | 256 |
| PA,E | 1,856 | 703 | 37.9 | 118 | 16.8 | 5 | 1 | 2 | 7 | 118 | 260 |
| PA,M | 1,528 | 532 | 34.8 | 75 | 14.1 | 5 | 7 | 8 | 4 | 62 | 99 |
| PA,W | 2,108 | 1,084 | 51.4 | 291 | 26.8 | 33 | 32 | 6 | 10 | 272 | 529 |
| VI | 268 | 128 | 47.8 | 5 | 3.9 | 1 | 2 | 0 | 1 | 3 | 7 |
| 4TH | 11,628 | 4,385 | 37.7 | 760 | 17.3 | 34 | 60 | 5 | 39 | 682 | 1,139 |
| MD | 1,663 | 749 | 45.0 | 104 | 13.9 | 1 | 1 | 0 | 5 | 103 | 158 |
| NC,E | 2,176 | 717 | 33.0 | 121 | 16.9 | 8 | 27 | 3 | 2 | 91 | 167 |
| NC,M | 769 | 205 | 26.7 | 48 | 23.4 | 1 | 4 | 0 | 6 | 44 | 70 |
| NC,W | 1,264 | 273 | 21.6 | 44 | 16.1 | 5 | 2 | 1 | 3 | 35 | 45 |
| SC | 1,843 | 739 | 40.1 | 100 | 13.5 | 7 | 8 | 0 | 11 | 84 | 151 |
| VA,E | 1,817 | 782 | 43.0 | 68 | 8.7 | 5 | 9 | 1 | 5 | 57 | 88 |
| VA,W | 689 | 273 | 39.6 | 39 | 14.3 | 3 | 3 | 0 | 5 | 35 | 47 |
| WV,N | 800 | 422 | 52.8 | 158 | 37.4 | 2 | 6 | 0 | 2 | 157 | 288 |
| WV,S | 607 | 225 | 37.1 | 78 | 34.7 | 2 | 0 | 0 | 0 | 76 | 125 |
| 5TH | 39,403 | 8,637 | 21.9 | 1,256 | 14.5 | 74 | 56 | 6 | 142 | 1,160 | 1,503 |
| LA,E | 945 | 389 | 41.2 | 25 | 6.4 | 1 | 2 | 0 | 5 | 21 | 26 |
| LA,M | 288 | 120 | 41.7 | 15 | 12.5 | 0 | 2 | 0 | 0 | 14 | 19 |
| LA,W | 850 | 234 | 27.5 | 9 | 3.8 | 0 | 0 | 0 | 1 | 9 | 14 |
| MS,N | 398 | 172 | 43.2 | 31 | 18.0 | 2 | 3 | 0 | 0 | 27 | 51 |
| MS,S | 913 | 263 | 28.8 | 9 | 3.4 | 1 | 0 | 0 | 2 | 6 | 9 |
| TX,N | 2,868 | 827 | 28.8 | 120 | 14.5 | 11 | 12 | 2 | 5 | 101 | 159 |
| TX,E | 2,791 | 706 | 25.3 | 67 | 9.5 | 3 | 3 | 0 | 3 | 63 | 77 |
| TX,S | 16,568 | 3,165 | 19.1 | 375 | 11.8 | 29 | 15 | 0 | 72 | 333 | 422 |
| TX,W | 13,782 | 2,761 | 20.0 | 605 | 21.9 | 27 | 19 | 4 | 54 | 586 | 726 |

**Table H-15.**
**U.S. District Courts ---- Pretrial Services Violations Summary Report**
**For the 12-Month Period Ending June 30, 2022**

| Circuit and District | Total Cases Open | Cases In Release Status | Pct. | Cases with Violations | Pct. | Rearrest Violations | | | FTA Violations | Technical Violations | Reports to Court |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Felony | Misde-meanor | Other | | | |
| 6TH | 13,324 | 5,265 | 39.5 | 917 | 17.4 | 48 | 49 | 3 | 57 | 864 | 1,588 |
| KY,E | 1,098 | 299 | 27.2 | 26 | 8.7 | 1 | 0 | 0 | 2 | 25 | 29 |
| KY,W | 844 | 338 | 40.0 | 53 | 15.7 | 2 | 6 | 0 | 0 | 49 | 86 |
| MI,E | 2,522 | 1,315 | 52.1 | 290 | 22.1 | 11 | 6 | 0 | 9 | 279 | 581 |
| MI,W | 566 | 197 | 34.8 | 39 | 19.8 | 3 | 4 | 0 | 4 | 33 | 54 |
| OH,N | 2,387 | 1,007 | 42.2 | 80 | 7.9 | 4 | 5 | 0 | 34 | 67 | 100 |
| OH,S | 1,871 | 957 | 51.1 | 176 | 18.4 | 0 | 0 | 1 | 1 | 173 | 301 |
| TN,E | 1,725 | 347 | 20.1 | 31 | 8.9 | 2 | 4 | 0 | 1 | 29 | 33 |
| TN,M | 995 | 362 | 36.4 | 92 | 25.4 | 16 | 16 | 0 | 1 | 85 | 151 |
| TN,W | 1,316 | 443 | 33.7 | 130 | 29.3 | 9 | 8 | 2 | 5 | 124 | 253 |
| 7TH | 8,073 | 3,229 | 40.0 | 704 | 21.8 | 31 | 40 | 14 | 40 | 648 | 1,402 |
| IL,N | 3,062 | 1,466 | 47.9 | 304 | 20.7 | 12 | 19 | 4 | 13 | 281 | 721 |
| IL,C | 810 | 210 | 25.9 | 39 | 18.6 | 1 | 1 | 0 | 10 | 37 | 64 |
| IL,S | 675 | 286 | 42.4 | 80 | 28.0 | 3 | 6 | 4 | 2 | 76 | 147 |
| IN,N | 937 | 301 | 32.1 | 41 | 13.6 | 2 | 8 | 0 | 6 | 31 | 48 |
| IN,S | 1,369 | 439 | 32.1 | 104 | 23.7 | 1 | 0 | 0 | 6 | 101 | 170 |
| WI,E | 890 | 431 | 48.4 | 113 | 26.2 | 12 | 6 | 6 | 2 | 100 | 218 |
| WI,W | 330 | 96 | 29.1 | 23 | 24.0 | 0 | 0 | 0 | 1 | 22 | 34 |
| 8TH | 14,366 | 4,740 | 33.0 | 1,403 | 29.6 | 95 | 94 | 16 | 78 | 1,307 | 2,959 |
| AR,E | 1,972 | 839 | 42.5 | 283 | 33.7 | 23 | 19 | 1 | 36 | 258 | 523 |
| AR,W | 579 | 141 | 24.4 | 11 | 7.8 | 1 | 1 | 0 | 0 | 11 | 15 |
| IA,N | 736 | 202 | 27.4 | 70 | 34.7 | 2 | 6 | 0 | 5 | 65 | 99 |
| IA,S | 1,124 | 229 | 20.4 | 62 | 27.1 | 1 | 6 | 3 | 2 | 59 | 101 |
| MN | 906 | 368 | 40.6 | 76 | 20.7 | 8 | 7 | 1 | 3 | 66 | 108 |
| MO,E | 3,167 | 911 | 28.8 | 429 | 47.1 | 26 | 4 | 10 | 10 | 419 | 1,453 |
| MO,W | 2,472 | 670 | 27.1 | 173 | 25.8 | 17 | 18 | 0 | 5 | 161 | 288 |
| NE | 1,239 | 494 | 39.9 | 84 | 17.0 | 7 | 8 | 0 | 4 | 76 | 95 |
| ND | 949 | 425 | 44.8 | 77 | 18.1 | 3 | 1 | 0 | 2 | 65 | 81 |
| SD | 1,222 | 461 | 37.7 | 138 | 29.9 | 7 | 24 | 1 | 11 | 127 | 196 |
| 9TH | 38,116 | 13,359 | 35.0 | 2,435 | 18.2 | 47 | 84 | 9 | 196 | 2,267 | 3,755 |
| AK | 478 | 200 | 41.8 | 56 | 28.0 | 0 | 1 | 0 | 1 | 55 | 92 |
| AZ | 11,011 | 2,421 | 22.0 | 610 | 25.2 | 16 | 15 | 4 | 33 | 574 | 800 |
| CA,N | 1,887 | 1,104 | 58.5 | 189 | 17.1 | 0 | 0 | 0 | 4 | 188 | 344 |
| CA,E | 2,062 | 753 | 36.5 | 53 | 7.0 | 2 | 2 | 0 | 8 | 43 | 61 |
| CA,C | 6,370 | 2,330 | 36.6 | 332 | 14.2 | 18 | 28 | 4 | 35 | 303 | 539 |
| CA,S | 9,098 | 3,238 | 35.6 | 617 | 19.1 | 7 | 19 | 0 | 83 | 558 | 980 |
| HI | 516 | 289 | 56.0 | 26 | 9.0 | 0 | 0 | 1 | 2 | 25 | 31 |
| ID | 710 | 214 | 30.1 | 43 | 20.1 | 0 | 5 | 0 | 8 | 34 | 70 |
| MT | 720 | 298 | 41.4 | 69 | 23.2 | 1 | 7 | 0 | 0 | 64 | 73 |
| NV | 1,512 | 555 | 36.7 | 80 | 14.4 | 0 | 1 | 0 | 6 | 68 | 106 |
| OR | 1,520 | 850 | 55.9 | 201 | 23.6 | 2 | 1 | 0 | 4 | 199 | 349 |
| WA,E | 761 | 315 | 41.4 | 58 | 18.4 | 1 | 1 | 0 | 3 | 59 | 126 |
| WA,W | 1,335 | 693 | 51.9 | 85 | 12.3 | 0 | 3 | 0 | 6 | 81 | 154 |
| GUAM | 95 | 72 | 75.8 | 15 | 20.8 | 0 | 1 | 0 | 3 | 15 | 27 |
| NM,I | 41 | 27 | 65.9 | 1 | 3.7 | 0 | 0 | 0 | 0 | 1 | 3 |

**Table H-15.**
**U.S. District Courts ---- Pretrial Services Violations Summary Report**
**For the 12-Month Period Ending June 30, 2022**

| Circuit and District | Total Cases Open | Cases In Release Status | Pct. | Cases with Violations | Pct. | Rearrest Violations ||| FTA Violations | Technical Violations | Reports to Court |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Felony | Misde-meanor | Other | | | |
| 10TH | 12,021 | 3,670 | 30.5 | 670 | 18.3 | 14 | 23 | 1 | 69 | 624 | 863 |
| CO | 1,240 | 405 | 32.7 | 60 | 14.8 | 0 | 2 | 0 | 38 | 53 | 82 |
| KS | 1,054 | 396 | 37.6 | 87 | 22.0 | 3 | 1 | 1 | 6 | 81 | 120 |
| NM | 4,597 | 1,145 | 24.9 | 174 | 15.2 | 0 | 0 | 0 | 7 | 168 | 190 |
| OK,N | 1,217 | 389 | 32.0 | 83 | 21.3 | 0 | 0 | 0 | 11 | 74 | 117 |
| OK,E | 708 | 111 | 15.7 | 11 | 9.9 | 1 | 0 | 0 | 0 | 10 | 11 |
| OK,W | 1,364 | 584 | 42.8 | 129 | 22.1 | 3 | 5 | 0 | 3 | 123 | 180 |
| UT | 1,532 | 560 | 36.6 | 115 | 20.5 | 6 | 15 | 0 | 2 | 107 | 151 |
| WY | 309 | 80 | 25.9 | 11 | 13.8 | 1 | 0 | 0 | 2 | 8 | 12 |
| 11TH | 13,932 | 5,009 | 36.0 | 662 | 13.2 | 59 | 47 | 4 | 39 | 582 | 891 |
| AL,N | 936 | 353 | 37.7 | 56 | 15.9 | 3 | 5 | 0 | 10 | 46 | 87 |
| AL,M | 389 | 228 | 58.6 | 35 | 15.4 | 7 | 2 | 0 | 5 | 24 | 47 |
| AL,S | 625 | 205 | 32.8 | 28 | 13.7 | 2 | 4 | 3 | 1 | 25 | 35 |
| FL,N | 758 | 321 | 42.3 | 46 | 14.3 | 7 | 2 | 0 | 0 | 44 | 82 |
| FL,M | 3,022 | 890 | 29.5 | 125 | 14.0 | 14 | 14 | 0 | 0 | 110 | 157 |
| FL,S | 4,011 | 1,393 | 34.7 | 174 | 12.5 | 6 | 3 | 1 | 9 | 165 | 219 |
| GA,N | 2,197 | 843 | 38.4 | 74 | 8.8 | 5 | 9 | 0 | 8 | 59 | 96 |
| GA,M | 1,079 | 421 | 39.0 | 71 | 16.9 | 10 | 3 | 0 | 4 | 62 | 92 |
| GA,S | 915 | 355 | 38.8 | 53 | 14.9 | 5 | 5 | 0 | 2 | 47 | 76 |

NOTE: This table excludes data for the District of Columbia and includes transfers received.