UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs                                    Case:  6:25-mj-02115
                                    Hon.
                                    Mag:  Nathan Hill

JONATHAN RINDERKNECHT,

    Defendant.

---

## NOTICE OF APPEARANCE OF COUNSEL

    NOW COMES Attorney Steven A. Haney of the Haney Law Group, PLLC, and files his Appearance as attorney of record on behalf of the Defendant, Jonathan Rinderknecht, as Retained Counsel.

<u>/s/ Steven A. Haney</u>
Steven A. Haney (P63947)
Haney Law Group, PLLC
22815 Kelly Road
Eastpointe, Michigan  48021
(248) 414-1470
steve@haneygroup.net

Dated:  October 14, 2025