UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF FLORIDA (Orlando)

UNITED STATES OF AMERICA,

v.

Case No. 6:25-mj-02115
Hon.
Mag: Nathan W. Hill

JONATHAN RINDERKNECHT.

---

## MOTION FOR SPECIAL ADMISSION

STEVEN A. HANEY, Esquire, of the Hancy Law Group, PLLC, moves for special admission to represent JONATHAN RINDERKNECHT in this action.

I am not a member in good standing of The Florida Bar.

I am a member in good standing of a bar of a United States district court; specifically, United States District Court, Eastern District of Michigan (See attached Certificate of Good Standing).

I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have initially appeared in the last thirty-six months in these cases in state or federal court in Florida:

> In the Circuit Court of the Eleventh Judicial Circuit
> in and for Miami-Dade County, Florida;
> Case No. 2020-008313-CA-01;
> Pedro Power, Plaintiff v U1st Sports Miami, Inc., Defendant.

I will comply with the federal rules and this Court's local rules.

1

I am familiar with 28 U.S.C. § 1927, which provides:

Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I have paid the fee for special admission or will pay the fee upon special admission.

I will register with the Court's CM/ECF system.

I affirm the oath, which states:

I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

HANEY LAW GROUP, PLLC

_____
Steven A. Haney (P63947)
Haney Law Group, PLLC
22815 Kelly Road
Eastpointe, Michigan 48021
(248) 414-1470
steve@haneygroup.net

Dated: October 14, 2025

Local Rule 3.01(g) Certification

I have conferred with the opposing party and represent the opposing party has knowledge with respect to my special admission.

HANEY LAW GROUP, PLLC

_____
Steven A. Haney (P63947)
Haney Law Group, PLLC
22815 Kelly Road
Eastpointe, Michigan 48021
(248) 414-1470
steve@haneygroup.net

Dated: October 14, 2025

# United States District Court
## Eastern District of Michigan

## CERTIFICATE OF GOOD STANDING

I, Kinikia D. Essix, Clerk of Court, certify that

## Steven A. Haney

was duly admitted to practice in this Court on 02/04/2014,

and is in good standing as a member of the Bar of this Court.

Dated at Detroit, Michigan on 10/14/2025.

Kinikia D. Essix
Clerk



Jurnee Parker
Deputy Clerk