# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.                                                            Case No: 6:25-mj-02115-NWH-1

**JONATHAN RINDERKNECHT**
_____/

## MOTION TO WITHDRAW
## AND FOR SUBSTITUTION OF RETAINED COUNSEL

The Office of the Federal Defender, through undersigned counsel of record, respectfully moves to withdraw from further representation of the above-named defendant, to terminate further notification of electronic filing(s) in this matter, to substitute Steven A. Haney, Esq. as counsel of record, and as grounds therefore states the following:

1. On October 8, 2025, at Mr. Rinderknecht's initial appearance hearing, the Court entered an Order Appointing Federal Public Defender. Doc. 5.

2. On October 14, 2025, privately retained counsel Steven A. Haney, Esq., filed his Notice of Appearance in this case. Doc. 20.

3. Undersigned counsel has conferred with Chauncey Bratt, Esq., and Rachel Lyons, Esq., the Assistant United States Attorney's in this case, and they take no position on the instant motion.

## MEMORANDUM OF LAW

The Sixth Amendment to the United States Constitution guarantees an accused the right to counsel and, if the accused is indigent and wishes counsel, an attorney must be appointed without cost. *Gideon v. Wainwright*, 372 U.S. 335 (1963). An accused also has the right to retain counsel of his or her own choosing. *See United States v. Gonzalez-Lopez*, 548 U.S. 140, 150 (2006) (erroneous deprivation of a criminal defendant's choice of counsel is structural error under the Sixth Amendment). Mr. Rinderknecht has retained the services of the private counsel of his choosing, specifically, Steven A. Haney, Esq.

Dual representation of an accused by private counsel and the Office of the Federal Defender is unwarranted and an unnecessary expenditure of finite funds. The services of the Office of the Federal Defender should therefore be terminated pursuant to 18 U.S.C. § 3006A(c). ("If at any time after the appointment of counsel the United States magistrate judge or the court finds that the person is financially able to obtain counsel or to make partial payment for the representation, it may terminate the appointment of counsel or authorize payment as provided in subsection (f), as the interests of justice may dictate.").

Local Rule 2.02(c) provides that, to withdraw, a lawyer: (A) must notify the client fourteen days before moving to withdraw unless the client consents

to withdrawal, and (B) must file a motion to withdraw that includes a certification that the lawyer has provided fourteen days' notice to the client or that the client consents to withdrawal. In the instant case, Mr. Rinderknecht has retained the services of private counsel, who has filed his Notice of Appearance as Counsel, thus consenting to the withdrawal and substitution of counsel as requested herein. Doc. 20.

WHEREFORE, undersigned counsel respectfully moves to withdraw from further representation of Mr. Rinderknecht, for substitution of retained counsel Steven A. Haney, Esq. to appear as counsel of record representing Mr. Rinderknecht in this case, and to terminate future CM/ECF notifications to undersigned counsel concerning this case.

Respectfully submitted,

A. FITZGERALD HALL, ESQ.
FEDERAL DEFENDER, MDFL

*/s/ Aziza Hawthorne*
Aziza Hawthorne, Esq.
Assistant Federal Defender
Massachusetts Bar No. 709255
201 S. Orange Avenue, Suite 300
Orlando, Florida 32801
Tel: 407-648-6338
Fax: 407-648-6095
E-Mail: Aziza_Hawthorne@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing *Motion to Withdraw and for Substitution of Retained Counsel* was submitted to the Clerk of Court using the CM/ECF system that will automatically send a notice of electronic filing to Chauncey Bratt, Esq., and Rachel Lyons, Esq., Assistant United States Attorneys, and Steven A. Haney, Esq., retained counsel for Mr. Rinderknecht, this 14th day of October 2025.

*/s/ Aziza Hawthorne*
Aziza Hawthorne, Esq.
