UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  Case No. 6:25-mj-2115-NWH

JONATHAN RINDERKNECHT

## NOTICE OF INDICTMENT

The United States of America, by and through its undersigned counsel, hereby notifies this Court that the Defendant, Jonathan Rinderknecht, was indicted in the Central District of California in case number 2:25-cr-00833-AH (Attachment).

The United States thus respectfully requests that the court cancel the preliminary hearing set for Friday, October 17, 2025.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: /s/ *Rachel S. Lyons*
Rachel S. Lyons
Special Assistant United States Attorney
USA No. 215
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7643
E-mail: Rachel.Lyons@usdoj.gov

U.S. v. RINDERKNECHT         Case No. 6:25-mj-2115-NWH

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a copy of the foregoing to the following:

**Steven A. Haney, Sr.**
Attorney at Law
Haney Law Group, PLLC
22815 Kelly Road
Eastpointe, Michigan 48021
Phone - 248.414.1470

                    */s/Rachel S. Lyons*
                    Rachel S. Lyons
                    Special Assistant United States Attorney
                    USA No. 215
                    400 W. Washington Street, Suite 3100
                    Orlando, Florida 32801
                    Telephone:  (407) 648-7500
                    Facsimile:   (407) 648-7643
                    E-mail: Rachel.Lyons@usdoj.gov